# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5854
_____

JEFFREY S. MORRILL,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____

Petition for Writ of Habeas Corpus - Ineffective Assistance of Appellate Counsel.

February 6, 2018

PER CURIAM.

     DENIED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey S. Morrill, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Respondent.